# Robert F. Conley
### Attorney at law
Post Office Box 1164
Newark, New Jersey 07101
201-797-9700

Hon. Peter Sheridan
United States District Court
M. L. King, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

October 10, 2008

Re: Baldwin Real Estate Corp.(Appellant v. TD Bank, N.A. (Appellee)
Bankr. Case No. 08-16376 (DHS)
Civ. Action No. 08-4163 (PGS)

Dear Judge Sheridan:

I am the attorney for Appellant, Baldwin Real Estate Corp. As the underlying real estate, the subject matter of the action, has been sold at an auction held by the Union County Sheriff, the controversy between the parties must now be regarded as moot. Because of mootness, Appellant is hereby withdrawing the within appeal. Please have the Clerk mark the matter accordingly.

I thank the court for its every courtesy, consideration and attention to this matter.

Respectfully,

Robert F. Conley

cc: William L. Waldman, Esq.

*[Handwritten annotation:]* 10/14/08 So Ordered Peter M Sheridan matter is dismissed